**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Jane Doe** | |
| **Plaintiff,** | **Case No:** |
| **v.** | **Judge:** |
| **American Airlines, Inc. and Brett Billins,** | |
| **Defendants.** | |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

Plaintiff, Jane Doe, by and through her attorneys, Romanucci & Blandin, LLC, respectfully moves this Court for leave to proceed under a pseudonym and, in support thereof, states as follows:

1. Plaintiff brings this action seeking damages arising out of a sexual assault that occurred aboard a commercial airline flight.

2. The allegations contained in the Complaint involve matters of an exceptionally sensitive and personal nature, including allegations of sexual assault and the resulting emotional and psychological trauma.

3. Public disclosure of Plaintiff's identity would expose her to further humiliation, embarrassment, and emotional harm and would undermine the very privacy interests this action seeks to vindicate.

4. Plaintiff's privacy interests substantially outweigh any presumption of public access to her identity. The public's interest in these proceedings will not be impaired

1

by permitting Plaintiff to proceed under a pseudonym because the facts and legal issues presented will remain fully accessible.

5.      Defendants will suffer no prejudice by Plaintiff's use of a pseudonym. Plaintiff is willing to disclose her true identity to Defendants pursuant to a mutually agreeable confidentiality agreement or protective order.

6.      Federal courts, including courts within the Seventh Circuit, have recognized that plaintiffs alleging sexual assault may proceed anonymously where the circumstances justify protection of their privacy interests.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order permitting her to proceed under the pseudonym "Jane Doe" throughout these proceedings and for such other and further relief as this Court deems just and proper.

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

*Daisy Ayllon*

By: /s/ _____

Attorney for Plaintiff

Daisy Ayllon
dayllon@rblaw.net
Sarah Raisch
sraisch@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL  60654
t.: 312.253.8618
f.: 312.458.1004
*Counsel for Plaintiff*
**FIRM ID: 35875**

2