**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Jane Doe** | |
| **Plaintiff,** | **Case No:** |
| v. | **Judge:** |
| **American Airlines, Inc. and Brett Billins,** | |
| **Defendants.** | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM**

Plaintiff respectfully submits this Memorandum in support of her Motion for Leave to Proceed Under a Pseudonym.

## I. INTRODUCTION

Plaintiff alleges that she was sexually assaulted while traveling as a passenger aboard an American Airlines flight. The Complaint necessarily contains allegations concerning deeply personal and highly sensitive matters. Requiring Plaintiff to publicly disclose her identity would subject her to additional emotional harm and could discourage victims of sexual assault from seeking judicial relief.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 10(a) generally requires that parties be identified by name. However, federal courts recognize limited exceptions where a plaintiff's substantial privacy interests outweigh the customary presumption of openness in judicial proceedings.

1

Courts have routinely permitted pseudonymous litigation in cases involving sexual assault, sexual abuse, and other matters involving highly sensitive personal information.

III. ARGUMENT

A. This Action Involves Matters of the Utmost Intimacy.

The Complaint alleges that Plaintiff was the victim of a sexual assault aboard a commercial aircraft. Courts have consistently recognized that victims of sexual violence possess substantial privacy interests warranting protection.

B. Disclosure of Plaintiff's Identity Would Cause Additional Harm.

Public disclosure would likely exacerbate Plaintiff's emotional distress, expose her to embarrassment and unwanted public attention, and discourage similarly situated victims from asserting their legal rights.

C. Defendants Will Not Be Prejudiced.

Plaintiff does not seek to conceal her identity from Defendants. Plaintiff is prepared to disclose her identity under appropriate confidentiality protections, ensuring Defendants may fully investigate and defend against the claims asserted.

D. The Public Interest Will Not Be Impaired.

The public will continue to have full access to the proceedings, the factual allegations, and the Court's rulings. The only information shielded from public view will be Plaintiff's identity.

IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant her Motion for Leave to Proceed Under a Pseudonym and permit her to prosecute this action under the name "Jane Doe."

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

By: /s/     *Daisy Ayllon*

Attorney for Plaintiff

Daisy Ayllon
dayllon@rblaw.net
Sarah Raisch
sraisch@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL  60654
t.: 312.253.8618
f.: 312.458.1004
***Counsel for Plaintiff***
**FIRM ID: 35875**