**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

Plaintiff,

v.

Case No.: 1:26−cv−06823
Honorable Jeffrey I Cummings

American Airlines, Inc.., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion for alternative service on defendant Brett Billins [21] is granted. Plaintiff is granted leave to serve defendant Billins as follows: (1) by leaving a copy of the Summons, Complaint, and the Court's Order authorizing alternative service with Billins' wife or household employees at 2657 Ulster Street, Denver, Colorado 80238; (2) by mailing a copy of the Summons, Complaint, and the Court's Order by first class U.S. Mail and certified mail, return receipt requested, addressed to Brett Billins at 2657 Ulster Street, Denver, Colorado 80238; and (3) by mailing a copy of the Summons, Complaint, and the Court's Order by first class U.S. Mail and certified mail, return receipt requested, addressed to Brett Billins at 3305 E. 26th Avenue Parkway, Denver, Colorado 80205. Thereafter, plaintiff shall promptly file a certificate of service and the return certified mail receipt(s) (if received). The 9/30/26 joint status report deadline is stricken and reset to 10/16/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.